UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUST PLAY, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>BOREI TOYS, BOTOU YONGCHUANG SPRING MANUFACTURING CO., LTD., CHAOSHANLIANGZAI, CHOICE VIP STORE, DONGGUAN JIULE BUSSINESS LIMITED COMPANY, EIDOMAC CAR, FINEWE INDUSTRY CO., LTD. STORE, FOSHAN NANHAI QILI HARDWARE AND SPRING PRODUCTS FACTORY, HAPPY BEAUTY BEAUTY, HUNAN RACO ENTERPRISES CO., LTD., JIANGMEN HENGXIN PRECISION PARTS CO., LTD., MAI MAI STORE, NINGBO JIANGBEI LISHENG SPRING CO., LTD., NINGBO KELSUN INT'L TRADE CO., LTD, NOAS, NOVEL DESIGN, RAYCHOI, SHANGHAI LONG NICE INTERNATIONAL TRADING CO., LTD., SHANTOU LONGHU LONGHENG TOYS FACTORY, SHANTOU MARKET UNION CO., LTD., SHENZHEN DAKUNLUN HARDWARE & PLASTIC PRODUCTS CO.,LTD., SHENZHEN HONGYAN E- COMMERCE CO., LTD., SHENZHEN SONGKANG TECHNOLOGY CO., LTD., SHENZHEN YUXIANG TECHNOLOGY CO., LTD., SHOP1102400224 STORE, SHOP1102844309 STORE, SHOP1103202353 STORE, SHOP1103277074 STORE, SHOP1103602395 STORE, SHOP1104162738 STORE, SUZHOU BEST CRAFTS CO., LTD., XIAMEN FINEWE INDUSTRY CO., LTD., XIAMEN HONGSHENG HARDWARE - SPRING CO., LTD., YIWU BOBO TOYS CO., LTD., YIWU GUANGMAO E-COMMERCE CO., LTD., YIWU PIANPIAN TRADING CO., LTD., YIWU YOU CAN IMP & EXP CO., LTD., YUE WEN XIU, ZHANG XIAO DIAN, ZHEJIANG ZHENGNA TECHNOLOGY CO., LTD. and ZONGHE STORE,<br><br>*Defendants* | 25-cv-5841<br><br>[PROPOSED] *a*<br>UNSEALING ORDER |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 12th day of August 2025, at 2:50 p.m.
New York, New York

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
(Part I)

1